ACCEPTED
04-14-00650-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/23/2015 3:46:46 PM
KEITH HOTTLE
CLERK

# BAKER BOTTS L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
**HOUSTON**

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIO DE JANEIRO
RIYADH
WASHINGTON

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
10/23/2015 3:46:46 PM
KEITH E. HOTTLE
Clerk

Macey Reasoner Stokes
TEL +1 713.229.1369
FAX +1 713.229.7869
macey.stokes@bakerbotts.com

October 23, 2015

**BY ELECTRONIC FILING**

Hon. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re: *Michael A. Cerny and Myra L. Cerny, Individually and as Next Friend of Cameron A. Cerny, a Minor v. Marathon Oil Corporation, Marathon Oil EF, LLC and Plains Exploration & Production Company*, No. 04-14-00650-CV in the Court of Appeals for the Fourth Judicial District of Texas at San Antonio

Dear Mr. Hottle:

Pursuant to Texas Rule of Appellate Procedure 49.2, Appellees Marathon Oil Corporation and Marathon Oil EF, LLC file this letter to inform the Court that they do not plan to file a response to the motion for rehearing and motion for en banc reconsideration filed by Appellants Michael A. Cerny and Myra L. Cerny, Individually and as Next Friend of Cameron A. Cerny, a Minor, unless requested to do so by the Court.

Very truly yours,

Macey Reasoner Stokes

MRS:1279

Active 21258829.1

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of this waiver of response was served on all counsel of record by certified mail and/or electronic mail on the 23rd day of October, 2015, as follows:

*Counsel for Appellants Michael A. Cerny and Myra L. Cerny, Individually and as Next Friend of Cameron A. Cerny, a Minor:*

David D. Towler, Attorney at Law
P.O. Box 569; 410 E. Collins
San Diego, Texas 78384
Email: dtowler@dtowler.com

*Counsel for Appellee Plains Exploration & Production Company:*

James J. Ormiston
Mike A. Ackal, III
Gray Reed & McGraw, PC
1300 Post Oak Blvd., Suite 2000
Houston, Texas  77056

Macey Reasoner Stokes